526

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : | CONSOLIDATED UNDER MDL 875 |
| VARIOUS PLAINTIFFS | : | |
| v. | : | MARDOC cases listed in Exhibit "A" attached |
| VARIOUS DEFENDANTS | : | 02-875 |

FILED
AUG 23 2011
MICHAEL E. KUNZ, Clerk
By_______ Dep. Clerk

**AMENDED ORDER**

**AND NOW**, this **19th** day of **August 2011** it is hereby **ORDERED** that the Court's Order of July 5, 2011 (02-875, doc. no. 464) dismissing the cases listed in Exhibit "A," attached is hereby **AMENDED** to state:

All viable defendants in the cases listed in Exhibit "A" are **DISMISSED** and the cases are transferred to the "bankruptcy only" docket.

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**